# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Michael A Gaddy**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00334-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Robert A. Sprague | ) | |
| Zachary M. Riggan | | |
| T.E. Grosse II**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2015 Order.

                                                 August 28, 2015

                                       _____
                                       Frank G. Johns, Clerk
                                       United States District Court